EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Comité Asesor Permanente de Reglas de Procedimiento Criminal | 2017 TSPR 16 <br><br> 197 DPR ____ |

Número del Caso: EC-2017-01

Fecha: 2 de febrero de 2017

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Comité Asesor Permanente de      EC-2017-01     Reconstitución
Reglas de Procedimiento                           del Comité
Criminal

RESOLUCIÓN

En San Juan, Puerto Rico, a 2 de febrero de 2017.

El 8 de septiembre de 2005 este Tribunal emitió la Resolución EC-2005-2 mediante la cual reactivó el Comité Asesor Permanente de Reglas de Procedimiento Criminal (Comité Asesor), constituido y adscrito al Secretariado de la Conferencia Judicial y Notarial (Secretariado) en virtud de la Resolución emitida el 30 de junio de 1987. Véase, In re Comité Asesor II, 165 DPR 537 (2005); In re Conferencia Judicial, 119 DPR 449 (1987). En aquel entonces, se delegó al Comité Asesor la encomienda de evaluar las Reglas de Procedimiento Criminal, 34 LPRA Ap. II, a la luz de la Ley de la Judicatura del Estado Libre Asociado de Puerto Rico de 2003, Ley Núm. 201-2003 (4 LPRA sec. 24 et seq.). Se le instruyó, además, a desarrollar un proyecto moderno de Reglas de Procedimiento Criminal principalmente dirigido a agilizar los procedimientos judiciales. In re Comité Asesor II, supra.

El primer proyecto de Reglas que presentó el Comité Asesor fue objeto de discusión y análisis en la Vigésimo Cuarta Sesión Ordinaria de la Conferencia Judicial de Puerto Rico (Conferencia Judicial), coordinada con la colaboración del Secretariado y celebrada los días 14 y 15 de febrero de 2008. In re Conferencia Judicial II, 173 DPR 60 (2008).

Con el beneficio de los comentarios del funcionariado de la Rama Judicial, el Departamento de Justicia, la Sociedad para la Asistencia Legal y otras partes interesadas, el Comité Asesor presentó su Informe de Reglas de Procedimiento Penal en diciembre de 2008 (Informe de Reglas).

Las múltiples enmiendas incorporadas a las Reglas de Procedimiento Criminal, _supra_, así como el desarrollo jurisprudencial en torno a dichos preceptos, hacen indispensable una revisión actualizada del Informe de Reglas. Con el propósito de realizar esta labor y presentar un proyecto de Reglas para la consideración de este Tribunal, en virtud de esta resolución se reconstituye el Comité Asesor, el cual se compondrá de las siguientes personas:

1. Lcda. Jocelyn López Vilanova, como su Presidenta
2. Hon. Ana Paulina Cruz Vélez
3. Hon. Gustavo A. Gelpí
4. Lcdo. Ernesto L. Chiesa Aponte
5. Lcdo. Harry N. Padilla Martínez
6. Lcdo. Luis Rivera Román
7. Lcdo. Carlos Cabán García
8. Lcdo. Luis Santiago González
9. La Fiscal General del Departamento de Justicia o la persona quien esta designe como su representante
10. Director Ejecutivo de la Sociedad para Asistencia Legal o la persona quien este designe como su representante

El proyecto de Reglas actualizado deberá propender a agilizar los procedimientos judiciales. Deberá además, considerar la normativa jurisprudencial aplicable al ejercicio de los derechos constitucionales que albergan a las personas sujetas a responder por la comisión de delito. El Comité Asesor contará con el apoyo jurídico y técnico del Secretariado para cumplir con esta encomienda en un plazo no mayor de un año. En aras de garantizar que la tarea de completar un proyecto de reglas se culmine en dicho término, se faculta al Comité Asesor a crear subcomités de trabajo.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo